FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Alcala, Luis Rivera <br> Defendant. | Case No.: CR 09-254 GAF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___substance abuse history; demonstrated lack of amenability to supervision; background, ctny ties unknown___

*also, according to PSR,*

1  ~~illegal immigrant status~~ impending deportation
2  per his plea agreement and family ties to Mexico
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7     finding is based on _ongoing substance abuse_
8     _problem; commission of new offenses_
9     _while under supervision; criminal_
10    _history record_

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: 11/25/09

        _____
        ROBERT N. BLOCK
        UNITED STATES MAGISTRATE JUDGE